UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-78 |
|---|---|---|
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| HENRY BENNETT | ) | Magistrate Judge Dumitru |

### ORDER

On July 21, 2025, United States Magistrate Judge Michael J. Dumitru filed a report and recommendation recommending the Court deny Defendant's Motion to Suppress [Doc. 41]. [Doc. 68]. Neither party filed an objection to the report and recommendation, and the time for doing so has since expired. The Court has nevertheless reviewed the record and agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 68] pursuant to 28 U.S.C. § 636(b)(1), Defendant's Motion to Suppress [Doc. 41] is therefore **DENIED**.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**